# IN THE SUPREME COURT OF PENNSYLVANIA
# EASTERN DISTRICT

| | |
|---|---|
| IN RE: 4,744 SUBPOENAS DUCES TECUM ISSUED BY THE PHILADELPHIA DISTRICT ATTORNEY'S OFFICE TO THE PHILADELPHIA POLICE DEPARTMENT | : No. 68 EM 2021<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: THE PHILADELPHIA POLICE DEPARTMENT | :<br>: |

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of November, 2021, "The Philadelphia Police Department's Application for Extraordinary Relief Pursuant to the Court's King's Bench Jurisdiction" is **DENIED**.

The Philadelphia Police Department's "Application for Relief in the Form of Permission to File a Reply Brief" and "Application for Relief in the Form of Permission to File a Notice of Additional Procedural Developments" are **GRANTED**.

Justice Dougherty files a dissenting statement in which Justice Todd and Justice Mundy join.